

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00254-CV

IN RE: THE COMMITMENT OF PEDRO TORRES TORRES

§ On Appeal from the 372nd District Court

§ of Tarrant County (D372-S-14827-21)

§ February 23, 2023

§ Memorandum Opinion by Chief Justice Sudderth

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth